## WELLER v WORSTALL

Ohio Appeals, 5th Dist, Muskingum Co

Decided Nov 30, 1934

For full opinion see 3 OO 418; 50 Oh Ap 25.

Pugh & VanDervort, Zanesville, and A. A. Porter, Zanesville, for plaintiff in error.
Graham & Graham, Zanesville, for defendant in error.

For full opinion see 3 OO 414; 50 Oh Ap 11.